1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    NICHOLAS E. DEAN,                     Case No. CV 13-0484 CAS (SS)

12                  Petitioner,
                                            **ORDER ACCEPTING FINDINGS,**
13         v.
                                            **CONCLUSIONS AND**
14    CYNTHIA TAMPKINS, Warden,
                                            **RECOMMENDATIONS OF UNITED**
15                  Respondent.
                                            **STATES MAGISTRATE JUDGE**
16

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the
19    Petition, all the records and files herein, and the Amended
20    Report and Recommendation of the United States Magistrate Judge.
21    The time for filing Objections to the Amended Report and
22    Recommendation has passed and no Objections have been received.
23    Accordingly, the Court accepts and adopts the findings,
24    conclusions and recommendations of the Magistrate Judge.
25    \\
26    \\
27    \\
28    \\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 6/24/15

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE