1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS E. DEAN, | Case No. CV 13-0484 CAS (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/24/15

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE